IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIPRIANO PATINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNKNOWN, ) <br> ) <br> Defendant. ) <br> ) | No. C 12-0957 LHK (PR) <br><br> JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/10/12

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Patino957jud.wpd